UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 21-4978-MWF(AGRx)**                                    Dated: **September 13, 2022**

Title:      Western Digital Technologies, Inc., et al. -v- CEVA Freight, LLC, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

**PROCEEDINGS (IN CHAMBERS):**     **COURT ORDER**

In light of the JOINT REPORT Regarding Settlement [59] filed September 12, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for October 3, 2022 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

IT IS SO ORDERED.